> Motion GRANTED.
> ICMC reset for
> 11/7/13 at 3:30 p.m.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICAH JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL GROUP,<br><br>　　　　Defendant. | CASE NO. 3:13-CV-707<br><br>JUDGE TRAUGER<br><br>MAGISTRATE JUDGE BRYANT |

## JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff Micah Jackson and Defendant Liberty Insurance Corporation ("Liberty Insurance"), improperly named in the Complaint as Liberty Mutual Group,[1] jointly move for a 30-day continuance of the case management conference scheduled for October 7, 2012 at 2:00 p.m. (Dkt. No. 3). The parties are actively engaged in settlement negotiations that may resolve the case and spare the parties and the Court the time and expense of further action. If this motion is granted, and in the event the settlement negotiations are not fruitful, the parties will file a Proposed Initial Case Management Order at least three days prior to the rescheduled case management conference.

---

[1] "Liberty Mutual Group" was served with a copy of the complaint. Liberty Mutual Group does not exist. Plaintiff's insurance policy was issued by Liberty Insurance Company. Liberty Insurance Company will stipulate to being substituted as the proper party defendant.