**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICAH JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 3:13-cv-0707** |
| | ) | **CLASS ACTION** |
| | ) | **JURY DEMAND** |
| **v.** | ) | |
| | ) | **JUDGE TRAUGER** |
| **LIBERTY MUTUAL GROUP,** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **Defendant.** | ) | **BRYANT** |

_____

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL**
**WITH PREJUDICE**

_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. All of the claims asserted by the Plaintiff, Micah Jackson against the Defendant Liberty Mutual Group are hereby dismissed *with prejudice*.

2. The parties shall bear their own respective attorney's fees, expenses and discretionary costs, except as otherwise agreed upon by the parties.

3. The Defendant shall bear all court costs.

It is so ORDERED.

Entered this _____3rd_____ day of December, 2013.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Sonya S. Wright
Sonya S. Wright (BPR No. 023898)
Hagan & Farrar, PLLC
106 N. Church Street
Murfreesboro, TN  37130
Telephone: (615) 896-8000
Facsimile: (615) 900-3473
sonya@haganfarrar.com

Joshua E. Burnett (BPR No. 027686)
Marshall Thomas Burnett
200 North Pierce Street, First Floor
Tampa, Florida 33602
Telephone: (813) 221-2525, Ext. 2302
Facsimile: (813) 227-8900
jburnett@mtblaw.com

*Counsel for Plaintiff*

/s/ Rodger L. Eckelberry (by permission Sonya S. Wright)
Brian C. Neal (BPR No. 22532)
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: 615.782.2323
Facsimile: 615.742.4104
brian.neal@stites.com

Rodger L. Eckelberry, *admitted pro hac vice*
Trischa Snyder Chapman, *admitted pro hac vice*
Baker Hostetler LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH  43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616
reckelberry@bakerlaw.com
tchapman@bakerlaw.com

*Counsel for Defendant*